UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JASPAL SINGH GILL,

        Petitioner,

v.

DONALD R. HOLBROOK,

        Respondent.

Case No. C20-318-RSL-MLP

ORDER DIRECTING SERVICE OF PETITION AND RESPONSE TO PETITIONER'S MOTION TO STAY AND ABEY

Petitioner, who is represented by counsel, has filed a 28 U.S.C. § 2254 habeas petition and a motion to stay and abey this action pending exhaustion of claims that are before the state courts in a recently-filed personal restraint petition. Before ruling on the motion to stay and abey, the Court deems it appropriate to obtain a response to that motion from Respondent. Accordingly, the Court ORDERS:

(1) The Clerk is directed to send to Respondent and to the Attorney General of the State of Washington, via e-mail, copies of the petition, all documents in support thereof, the motion to stay and abey, and this Order.

(2) Respondent shall file a response to Petitioner's motion to stay and abey not later than **March 30, 2020**. Respondent shall address only those issues necessary to assist the Court in

ORDER DIRECTING SERVICE OF PETITION
AND RESPONSE TO PETITIONER'S MOTION
TO STAY AND ABEY - 1

determining whether it is appropriate to stay the proceedings. Respondent is not being directed to file an answer to the petition at this time.

(3) Petitioner may file a reply not later than **April 3, 2020**.

(4) The Clerk is directed to NOTE Petitioner's motion to stay and abey (dkt. # 3) for April 3, 2020, and to send copies of this order to Petitioner and to the Honorable Robert S. Lasnik.

Dated this 3rd day of March, 2020.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER DIRECTING SERVICE OF PETITION
AND RESPONSE TO PETITIONER'S MOTION
TO STAY AND ABEY - 2