UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASPAL SINGH GILL, | |
| Petitioner, | Case No. C20-318-RSL-MLP |
| v. | ORDER GRANTING MOTION TO STAY AND ABEY |
| DONALD R. HOLBROOK, | |
| Respondent. | |

This is a 28 U.S.C. § 2254 habeas action. Currently before the Court is Petitioner's motion to stay and abey this action pending exhaustion of his state-court remedies. (Dkt. # 3.) Respondent does not object to the request. (Dkt. # 6.) Having considered the parties' submissions and the balance of the record, the Court ORDERS:

(1) For the reasons explained in the parties' briefing, Petitioner satisfies the requirements for a stay pursuant to *Rhines v. Weber*, 544 U.S. 269 (2005). Accordingly, Petitioner's motion to stay (dkt. # 3) is GRANTED and this action is STAYED pending exhaustion of his state-court remedies.

ORDER GRANTING MOTION TO STAY
AND ABEY - 1

(2)     The parties are directed to notify the Court within two weeks after final resolution of Petitioner's state post-conviction proceedings. At that time, the Court will lift the stay on the instant habeas action and set a briefing schedule on the merits of the petition.

(3)     The parties are directed to report to this Court every 180 days on the status of Petitioner's state post-conviction proceedings.

(4)     The Clerk is directed to statistically close this case and send copies of this order to the parties and to the Honorable Robert S. Lasnik.

Dated this 24th day of March, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING MOTION TO STAY
AND ABEY - 2