UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASPAL SINGH GILL,<br><br>        Petitioner,<br><br>        v.<br><br>DONALD R. HOLBROOK,<br><br>        Respondent. | Cause No. C20-318RSL<br><br>MINUTE ORDER |

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

As of February 1, 2023, LCR 7(e)(6) requires a word count certification in the signature block unless a document was written by hand or with a typewriter, verifying that the motion complies with the word count limits imposed by the Local Rules. Dkt. # 34 does not include the required certification.

Furthermore, the Court notes that it does not appear the certification can be properly made here, as LCR 7(e) imposes a 4,200 word limit on motions filed under Federal Rule of Civil Procedure 60(b). The court may refuse to consider any text, including footnotes, which is not included within the word or page limits. LCR 7(e)(6).

DATED this 6th day of February, 2023.

                                            /s/ Victoria Ericksen
                                       Victoria Ericksen, Clerk to
                                       the Honorable Robert S. Lasnik, District Judge

MINUTE ORDER - 1