UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASPAL SINGH GILL,<br><br>    Petitioner,<br><br>  v.<br><br>DONALD R. HOLBROOK,<br><br>    Respondent. | Case No. C20-318RSL<br><br>ORDER REQUIRING<br>ADDITIONAL<br>INFORMATION |

On February 3, 2023, petitioner filed a Motion to Reopen Case. Dkt. # 34. Attached to this motion are several exhibits, including Exhibit 11, "Excerpt from Habeas Objections." Dkt. # 34-11. Pursuant to this Court's local rules, "Citations to documents already in the record, including declarations, exhibits, and any documents previously filed, must include a citation to the docket number and the page number (e.g., Dkt. # __ at p. __)." LCR 10(e)(6). Accordingly, petitioner is ORDERED to provide the Court with a specific citation for Exhibit 11 to Dkt. # 34 in compliance with the Local Rules.

DATED this 26th day of April, 2023.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER REQUIRING ADDITIONAL
INFORMATION - 1