THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASPAL SINGH GILL,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>DONALD R. HOLBROOK,<br><br>　　　　　　Respondent. | No. 2:20-cv-00318-RSL<br><br>ORDER GRANTING<br>UNOPPOSED MOTION TO WITHDRAW |

THE COURT, having reviewed the court file and pleadings in this matter and being fully apprised of the circumstances,

HEREBY ORDERS that Mr. Suffian's Motion to Withdrawal as attorney of record is GRANTED.

DATED this 2nd day of June, 2023.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO
WITHDRAW - 1
(*Gill v. Holbrook*, No. 2:20-cv-00318-RSL)

**SUFLAW**
13739 STONE AVE N
SEATTLE, WA 98133
206-349-9115